2:14 CV-118-DLB-JGW

Heather Jabs-Whitson

8607 Ellingsworth Way

Florence, Kentucky 41042

      PLAINTIFF

   VS.

JAMES BILBO MD

AND

JENNIFER HENSLEY, ARNP

COMMONWEALTH ORTHOPEDIC CENTERS, PSC

560 SOUTH LOOP ROAD STE. 200

EDGEWOOD KENTUCKY 41017

AND

LUKE MEHLING PT, DPT

COMMONWEALTH PHYSICAL THERAPY

560 SOUTH LOOP ROAD

EDGEWOOD, KENTUCKY 41017

AND

JAMES BILBO MD

ST. ELIZABETH HEALTHCARE

CHANCELLOR OUTPATIENT SURGERY CENTER

2845 CHANCELLOR DRIVE

CRESTVIEW HILLS, KENTUCKY 41017

Eastern District of Kentucky
**FILED**

JUL -3 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## COMPLAINT

Heather Jabs-Whitson currently representing herself Pro-Se brings this lawsuit against the Defendants James Bilbo MD of Commonwealth Orthopedics, PSC and St. Elizabeth Healthcare System. In support of these allegations, Plaintiff states :

FACTS

1. That the Plaintiff is a resident of Boone County, Kentucky.
2. That Commonwealth Orthopedics & Commonwealth Physical Therapy is a Kentucky Personal Services Corporation who employs the defendant James Bilbo MD while providing medical services to the citizens of the State of Kentucky

with its principle place of business located at 560 South Loop Road, Edgewood Kentucky 41017 and is owned by St. Elizabeth Healthcare Corporation.

3. That all remaining defendants are medical providers providing medical services in Kentucky and at the time of the alleged medical malpractice were all employees/agents/servants/ of Defendants James Bilbo MD of Commonwealth Orthopedics and St. Elizabeth Healthcare and were acting in the scope of that employment / agency/servant relationship when they failed to follow the applicable standard of medical care during their treatment of the Plaintiff on or about November 16 , 2012 at 2845 Chancellor Drive , Crestview Hills Kentucky 41017 and thereafter, at 560 South Loop Road , Edgewood Kentucky 41017
4. That these medical mistakes occurred on November 16, 2012 and thereafter, in the State of Kentucky.
5. That on or about November 16, 2012, the Plaintiff underwent a right knee Arthroscopic Surgery as recommended by the Defendants which included partial Medial and Lateral Meniscectomies with Chondroplasty leaving her with no balance or stability mechanisms, that a Hot Cautery Probe was introduced to Cut and Burn the Lateral Retinaculum Tendon which released her knee cap further destabilizing and damaging the knee, that a Shaver instrument was used to perform a synovectomy as well as other procedures causing collateral damage in the knee. A Bur instrument was also used for Debridement in the knee area multiple times causing even more collateral damage.
6. That following the Plaintiff's surgery, on a post op follow up visit on November 27, 2012 the Defendant James Bilbo MD Failed to Properly Diagnose the Severe Infection taking place in the plaintiff's right knee despite Plaintiff's description of multiple days of oozing and surgical drainage wound problems and the obvious fact that the stitches had popped out.
7. That following the Plaintiff's surgery, despite plaintiff's repeated pleas for help about fall issues, massive swelling in the knee (which Physical Therapist Luke Mehling PT DPT also saw) and lack of active extension or ability to move the right knee forward, the Standard of Medical Care was continually breached by not referring Plaintiff for any diagnostic X-ray's or MRI for more conclusive data on the problem.
8. As a direct result of the Defendants breaching the Standard of Medical Care owed to the plaintiff by Failure to Diagnose the Plaintiff's Chronic Ruptured Patellar Tendon, the plaintiff suffered a severe and permanent physical injury to her body.
9. That on November 16, 2012 and thereafter Defendant Jennifer Hensley, a physician's assistant was required to be supervised by a licensed medical doctor during the occasions that she was providing medical care, treatment and advice to the Plaintiff, and at all times that she provided medical care, treatment, and advice to the Plaintiff, she was under the direct supervision of Defendant James Bilbo MD.
10. That on November 3, 2012 and thereafter Defendant Luke Mehling, a Doctor of Physical Therapy employed by Commonwealth Physical Therapy, assigned to the plaintiff's case, under the applicable standard of medical care owed a duty to inform the Plaintiff of the status health and nature of the injury to her right knee and leg.  Luke Mehling PT, DPT breached this duty and standard of care by failing to properly inform and provide proper physical therapy care to the plaintiff in light of the injuries to her leg. As a direct and proximate result of these failures, the plaintiff suffered permanent physical injuries to her body.
11. That Plaintiff's injury was never discovered and diagnosed until a diagnostic MRI was ordered and taken while under the care of Dr. Keith Kenter of University of Cincinnati Health Orthopaedics on June 24, 2013.
12.  That as a Result of Failure to Diagnose a Chronic Ruptured Patellar Tendon and as a direct and proximate result of the breach of the applicable standard of medical care by the Defendants , the Plaintiff 1) suffered conscious pain and suffering both in the past and , it is expected by her physicians , the future,  2) incurred medical expenses in the past and will incur medical expenses in the future , 3 ) suffered mental and emotional sorrow and anguish 4 ) suffered permanent physical disfigurement and injuries to her entire right leg including a Destroyed Extensor Mechanism , Chronic ruptured Quadriceps Tendon, Dislocated Patellar, Incompetent Quadriceps muscle with a massive hole in it and Permanent Lower Right leg PARALYSIS  5) Was and will be required to undergo multiple surgical procedures and has sustained other damages 6) Loss of Companionship 7) Loss of income in the past and loss of income in the future
13. That all of the injuries and damages sustained by the plaintiff were the direct and proximate result of the negligent actions and breaches and of the applicable standards of medical care by all of the defendants without any act or omission on the part of the Plaintiff directly thereunto contributing.
14. That the plaintiff did not assume the risk of her injuries.

COUNT I: FAILURE TO DIAGNOSE –MEDICAL MALPRACTICE

(As to Defendant James Bilbo MD)

15. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-13 above.
16. That on or about November 16 , 2012 and thereafter Defendant James Bilbo MD Failed to Diagnose the Plaintiff properly on multiple occasions including failing to diagnose her severe knee infection , failing to examine properly failing to provide , recommend and refer appropriate diagnostic care , consultation, and treatment after she reported falling to him. Failure to properly recommend appropriate follow –up with the patient and failure to monitor plaintiff's progress. Failing to ever diagnose her Chronic Ruptured Patellar Tendon which directly caused permanent physical disabling injuries to the Plaintiff and was the direct and proximate cause of all of the Plaintiff's injuries and damages.

WHEREFORE: The Plaintiff claims monetary damages against James Bilbo MD individually in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.


COUNT II: Negligence – Medical Malpractice

(As to Defendant James Bilbo MD)

17. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-13 above.

18. That on or about November 16, 2012 and thereafter Defendant James Bilbo MD breached the applicable standard of medical care owed to the Plaintiff, which directly caused a physical injury to the Plaintiff and was the direct and proximate cause of all of the Plaintiff's injuries and damages.

WHEREFORE: The Plaintiff claims monetary damages against James Bilbo MD individually in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.


COUNT III: Negligence – Medical Malpractice

(As to Defendant Luke Mehling PT, DPT)

19. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-13 above.

20. That Defendant Luke Mehling PT DPT deviated from the acceptable standard of medical care during the physical therapy care and treatment of the Plaintiff on or about November 3, 2012 and thereafter and that this deviation was the direct and proximate cause of all of the Plaintiff's injuries and damages.

WHEREFORE: Plaintiff claims money damages against Defendant Luke Mehling PT, DPT in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.


COUNT IV: Negligence – Medical Malpractice

(As to Defendant Jennifer Hensley APRN)

21. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-13 above.

22. That Defendant Jennifer Hensley APRN deviated from the acceptable standard of medical care during the care and treatment of the Plaintiff on or about November 16, 2012 and thereafter and that this deviation was the direct and proximate cause of all of the Plaintiff's injuries and damages.

WHEREFORE: Plaintiff claims money damages against Defendant Jennifer Hensley APRN, in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court determines necessary and appropriate.

COUNT V: Negligence/Medical Malpractice/Respondeate Superior/Agency

(As to Defendants Commonwealth Orthopedics, PSC. Commonwealth Physical Therapy and St. Elizabeth Healthcare System)

23. The Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-22 above.

24. That during all of the times alleged herein that the Plaintiff was receiving medical care and treatment from Defendants James Bilbo MD, Luke Mehling PT, DPT, and Jennifer Hensley APRN., these defendants were employed by Commonwealth Orthopedic Centers PSC, Commonwealth Physical Therapy and St. Elizabeth Healthcare Systems and they were acting within the scope of that employment.

25. The Defendants Commonwealth Orthopedics PSC , Commonwealth Physical Therapy and St. Elizabeth Healthcare Systems are responsible for the breach of applicable medical care occasioned by their employees , the defendants herein , which resulted in permanent physical injuries to the Plaintiff.

WHEREFORE: The Plaintiff claims $ 15 Million dollars in monetary damages against Defendants Commonwealth Orthopedic Centers PSC., Commonwealth Physical Therapy and St. Elizabeth Healthcare Systems plus any further amounts to be determined at trial, plus costs, and for any further relief that this Honorable Court deems necessary and appropriate.

PLAINTIFF REQUESTS TRIAL BY JURY ON ALL CLAIMS IN THIS MEDICAL MALPRACTICE ACTION.

Respectfully Submitted,

*/s/ Heather Jabs-Whitson/*

Heather Jabs-Whitson

8607 Ellingsworth Way

Florence, Kentucky 41042

859 816 1936