UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 14-118-DLB**

HEATHER JABS-WHITSON                                                                         PLAINTIFF

VS.                                              <u>ORDER</u>

JAMES BILBO, MD, ET AL.                                                                      DEFENDANTS

* * * * * * * * * * * * * * *

      This matter is before the Court on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Docs. # 6 & 8) and Plaintiff's responses to the same (Docs. # 12 & 13). In her responsive filings, Plaintiff admits that the Court cannot exercise subject-matter jurisdiction over this dispute, noting that her decision to file her claim in federal court was an "honest" mistake (Doc. # 12). She further requests that the Court to remand this action to the proper state court (Doc. # 13).

      As a preliminary matter, the Court notes that although Plaintiff's mistake in filing her complaint in federal court appears to be in good faith, it cannot remand the case to state court. For the case to be remanded to state court, it must have first been filed in a state court. *See First Nat. Bank of Pulaski v. Curry*, 301 F.3d 456, 467 (6th Cir. 2002) ("Thus, while a district court has the discretion to remand a case removed from state court, it may not remand a case that was never removed from state court"). Her request for that relief is therefore **denied**.

1

Consequently, the Court must dismiss this action. However, this dismissal does not mean that Plaintiff cannot refile her claim in state court; it merely means that this Court will not send her claims to state court for her. Accordingly,

**IT IS ORDERED** that Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction (Docs. # 6 & 8) are hereby **granted**. This matter is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff's request to have the case remanded to state court (Doc. # 13) is **denied**.

This 20th day of August, 2014.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Cov14\14-118 order dismissing case.wpd